IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KAREN STERLING, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>EDMUNDO T. MENDOZA,<br><br>Respondent. | NO. C-08-4695 TEH<br><br><br>ORDER ENFORCING SUMMONS |

This case having come on for hearing on January 26, 2009, upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Edmundo T. Mendozaa, shall appear before Revenue Officer Karen Sterling, or any other designated agent, on February 23, 2009, at 10:00 a.m., at the Offices of the Internal Revenue Service located at 1301 Clay Street, 10th Floor South Tower, Oakland, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons (attached to the Verified Petition to Enforce Internal Revenue Service Summons as **Exhibit A**) and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this 26th day of January, at San Francisco, California.

UNITED STATES DISTRICT JUDGE